# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA
# SOUTHWESTERN DIVISION

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | Criminal No. 1:09-cr-90 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **FINAL ORDER OF** |
| | ) | **FORFEITURE** |
| David Mills Becker, | ) | |
| | ) | |
| Defendant. | ) | |

The Court entered a Preliminary Order of Forfeiture pursuant to the provisions of 18 U.S.C. § 2253(a) on February 22, 2010. Notice of Criminal Forfeiture was posted on an official government internet site (www.forfeiture.gov) for at least 30 consecutive days beginning on February 26, 2010.

There were no filed verified petitions in this action claiming an ownership interest in the property listed and it appears from the record that no other claims, contested or otherwise, have been filed for the property described in the Court's Order of Forfeiture.

**IT IS ORDERED, ADJUDGED, AND DECREED:**

1. That the right, title, and interest to all of the described property is forfeited and vested in the United States of America, and shall be disposed of according to law.

2. That the following property belonging to David Mills Becker, who is the subject of this Order, is forfeited to the United States of America:

Everex Laptop, Serial Number 8R6220008.

3. That any and all forfeited property held by the Department of Homeland Security, Bureau of Immigration and Customs Enforcement, be disposed of by said agency according to law.

This Order was filed electronically through ECF, and ECF will send a Notice of Electronic Filing (NEF) to all counsel of record.  The Clerk is hereby directed to send certified copies of this Order to the Department of Homeland Security, Bureau of Immigration and Customs Enforcement.

**IT IS SO ORDERED.**

Dated this 29th day of April, 2010.

> */s/ Daniel L. Hovland*
> Daniel L. Hovland, District Judge
> United States District Court